## ENGLISH et al. v. LEVY.

No. 6456.   Opinion Filed January 25, 1916.

(154 Pac. 1156.)

**APPEAL AND ERROR—Failure to File Briefs—Dismissal.** Dismissal under rule 7 (38 Okla vi, 137 Pac. ix) for failure to prosecute.

(Syllabus by the Court.)

*Error from Superior Court, Muskogee County; Farrar L. McCain, Judge.*

Action by Harry Levy against Paul A. English and another. Judgment for plaintiff, and defendants bring error. Dismissed.

PER CURIAM. Inasmuch as no briefs have been filed by the plaintiff in error, we recommend that the appeal be dismissed, under rule 7, for failure to prosecute.

By the Court:   It is so ordered.